UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**WENDY FUNEZ-RAMIREZ,**

       Petitioner

V.                                                                                    Case No. 3:26-cv-800

                                          Agency File 220-194-633

**WARDEN, RICHWOOD CORRECTIONAL CENTER**

**SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY**;

**FIELD OFFICE DIRECTOR,** ICE Field Office Director,
New Orleans Field Office,
U.S. Immigration and Customs Enforcement,;

       Respondents

_____

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

This matter is before the Court on the motion of Emily Trostle, a member of the Bar of this Court, for the admission pro hac vice of Bonnie Smerdon, Esq., of the law firm Luce Law PLLC, to represent Wendy Funez-Ramirez in the above-captioned case.

The Court, having considered the motion and supporting documents, finds that good cause exists to grant the motion.

The motion for admission pro hac vice of Bonnie Smerdon is GRANTED.

2. Bonnie Smerdon shall be permitted to appear and participate in this matter on behalf of Wendy Funez-Ramirez.

3. Bonnie Smerdon shall abide by all rules of this Court, including the Rules of Professional Conduct and the Local Rules.

1

4. Emily Trostle, as sponsoring attorney, shall remain responsible for the conduct of the litigation and shall sign all pleadings, motions, and other papers filed with the Court.

SO ORDERED this 24th day of March, 2026.

KAYLA D. MCCLUSKY

United States Magistrate Judge