UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

WENDY FUNEZ RAMIREZ                        CIVIL ACTION NO. 26-0800

                                           SECTION P
VS.
                                           JUDGE DAVID C. JOSEPH

NEW ORLEANS FIELD OFFICE                   MAG. JUDGE KAYLA D. MCCLUSKY
DIRECTOR, ET AL.

### ORDER

Petitioner Wendy Funez Ramirez, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner seeks an order to show cause instructing Respondents to file a response within three days.  [doc. # 1, p. 4].

To the extent Petitioner seeks a 3-day response time, the motion/request is **DENIED**.  To the extent Petitioner seeks a response time shorter than the 60-day deadline set forth in the form summonses, the motion/request is **GRANTED** as detailed below.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 10th day of April, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge